

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

|  |  |  |
|---|---|---|
| | § | |
| BNSF Railway Company, | § | No. 08-16-00119-CV |
| Appellant, | § | Appeal from the |
| v. | § | 112th District Court |
| Chevron Midcontinent, L.P., Robert Benson Jones, Ponderosa Royalty, LLC, | § | of Upton County, Texas |
| Amy Smallwood, Andrew A. Goode, | § | (TC# 14-07-U4369-OTH) |
| Barbara Stell Prunty, Caroline Delamatre, Edith Smallwood Ledonne, Gayle Frances | § | |
| Whipkey Nelson, March Ranch, LLC, Margaret Greene Bladine, et al., | § | |
| Appellees. | § | |
| | § | |

# O R D E R

The Court GRANTS the Joint Motion to Vacate the February 9, 2017 submission and oral argument setting. This case will be rescheduled at a later date.

IT IS SO ORDERED this 18th day of January, 2017.

PER CURIAM

Before McClure, C.J., Rodriguez and Palafox, JJ.